387 A.2d 918

Commonwealth v. Katona, Appellant.

Argued December 9, 1977. G. Kanucle, with him Wallace C. Worth, Jr., for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, with him Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., would remand for a hearing pursuant to *Commonwealth v. Twiggs*, 460 Pa. 105, 331 A.2d 440 (1975).

WATKINS, former P. J., did not participate in the consideration or decision of this case.